## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

OLLIE LAMONT WILLIAMS                                                                    PLAINTIFF

vs.                                                    CIVIL ACTION NO. 3:13-CV-989-HTW-LRA

FRANK SHAW, ET AL.                                                                      DEFENDANTS

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson.  Based upon the evidence therein contained, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The plaintiff's complaint is dismissed without prejudice for failure to prosecute.

**SO ORDERED AND ADJUDGED, this the 26th day of November, 2014.**

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE